UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICHOLAS COX,

                  Plaintiff,

         -v-

ROBERT KERR, District Attorney, *et al.*,

                  Defendants.
------------------------------------------------------------x

**ORDER**

25-CV-02877 (LDH) (ARL)

LaSHANN DeARCY HALL, United States District Judge:

On May 22, 2025, *pro se* Plaintiff Nicholas Cox, who is currently incarcerated at the Suffolk County Correctional Facility, filed the instant action pursuant to 42 U.S.C. § 1983.  By letter docketed on May 22, 2025, the Court informed the Plaintiff that his submission was incomplete because he failed to sign the application to proceed *in forma pauperis* ("IFP"). (Mot. for Leave to Proceed in Forma Pauperis, ECF No. 2; Notice of Deficient Filing, ECF No. 4.)  An IFP application was sent to Plaintiff, and he was directed to sign the document. (ECF No. 4.)  Plaintiff has not yet cured the deficiency.

The Court hereby *sua sponte* extends the Plaintiff's time to comply with its directive until April 27, 2026, to submit a signed request to proceed IFP, or the action will be dismissed.

The Clerk of Court is directed to include an IFP application with this Order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith, and therefore, *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 443-45 (1962).

SO ORDERED.

_____/s/ LDH_____
LaSHANN DeARCY HALL
United States District Judge

Brooklyn, New York
April 13, 2026